MCGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 06-246 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| LEE ANDREW EDDINS, and | ) | |
| JAKEYLIA FRESHWATER, | ) | |
| | ) | |
| DefendantS. | ) | |


   **IT IS HEREBY ORDERED:**    That the status conference set for

October 25, 2006 is VACATED, and a new status conference date of

November 29, 2006 is scheduled. It is further ORDERED that the

time under the Speedy Trial Act between October 25, 2006 and

November 29, 2006, is excluded under Local Code T4, Title 18,

United States Code, Section 3161 (h)(8)(B)(iv), to give the

defendants time to adequately prepare; because Ms. Freshwater is

in the process of obtaining new counsel; and because Mr. Eddins'

matter has been referred to the Probation Office for preliminary

1

calculation of his criminal history category.

Dated:  October 24, 2006

_WILLIAM B. SHUBB_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2