McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 06-246 WBS |
| Plaintiff, ) | |
| v. ) | ORDER |
| LEE ANDREW EDDINS, and ) JAKEYLIA FRESHWATER, ) | |
| Defendants. ) | |

**IT IS HEREBY ORDERED:** That the status conference set for November 29, 2006 is VACATED, and a new status conference date of December 20, 2006 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between November 29, 2006 and December 20, 2006, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to adequately prepare; because Ms. Freshwater's is relatively new to the case; and because Mr. Eddins' attorney and counsel for the government need additional time to review the

1

defendant's criminal history calculations.

Dated: December 4, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE