| | |
|---|---|
| 1 | DANIEL BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | Lexi Negin, D.C. Bar #446153 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
LEE ANDREW EDDINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-246 WBS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v. | ) | VACATE MOTION HEARING, TCH AND |
| | ) | TRIAL DATE AND TO SCHEDULE STATUS |
| | ) | CONFERENCE DATE |
| LEE ANDREW EDDINS, | ) | |
| JAKEYLIA FRESHWATER | ) | |
| | ) | |
| Defendants. | ) | |

This case is currently scheduled for a motion hearing on March 5, 2007, for TCH on March 19, 2007, and for Trial on April 9, 2007. The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and investigation of the case. Further time is also needed to possibly resolve the case by disposition. The parties have been negotiating in good faith and are continuing the discussion of a possible resolution of the case. The defendants request that time be excluded from their speedy trial rights so that discovery, investigation and discussions with the government can continue.

The parties, through their respective counsel, hereby stipulate and agree that the currently scheduled motion hearing on March 5, 2007, trial confirmation hearing on March 19, 2007, and trial date scheduled in this case for April 9, 2007, be vacated. The parties further stipulate that a status hearing should be held on May 7, 2007.

The parties stipulate that the time period from the date of the filing of this motion, March 2, 2007, to May 7, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code

1

T4), due to the need to provide defense counsel with the reasonable time to review discovery and conduct investigation.

A proposed order is attached and lodged separately for the court's convenience.

DATED: March 2, 2007

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |

/s/Carolyn Delaney             /s/ Lexi Negin
CAROLYN DELANEY                LEXI NEGIN
Assistant U.S. Attorney        Assistant Federal Defender
Attorney for United States     Attorney for Lee Andrew Eddins


KRISTA HART
Attorney at Law

/s/ Krista Hart
KRISTA HART
Attorney for Jakeylia Freshwater

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,           ) CASE NO. CR-S-06-246 WBS
                                    )
             Plaintiff,             )
                                    )
     v.                             ) ORDER VACATING MOTION HEARING,
                                    ) TCH AND TRIAL DATES AND SETTING
                                    ) STATUS HEARING
LEE ANDREW EDDINS,                  )
JAKEYLIA FRESHWATER                 )
                                    )
             Defendants.            )
_____

For the reasons set forth in the stipulation of the parties, filed on March 2, 2007, IT IS HEREBY ORDERED that the motion hearing, trial confirmation hearing and trial currently scheduled for March 5, 2007, March 19, 2007 and April 9, 2007, be vacated, and that a status hearing date be set for May 7, 2007.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 2, 2007 stipulation, the time under the Speedy Trial Act is excluded from March 1, 2007, through April 9, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: March 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE