IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-246 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ***AMENDED*** PROPOSED ORDER VACATING |
| | ) | MOTION HEARING, TCH AND TRIAL DATES |
| | ) | AND SETTING STATUS HEARING |
| LEE ANDREW EDDINS, | ) | |
| JAKEYLIA FRESHWATER | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the stipulation of the parties, filed on March 5, 2007, IT IS HEREBY ORDERED that the motion hearing, trial confirmation hearing and trial currently scheduled for March 5, 2007, March 19, 2007 and April 9, 2007, be vacated, and that a status hearing date be set for May 7, 2007.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 5, 2007 stipulation, the time under the Speedy Trial Act is excluded from March 1, 2007, through May 7, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: March 5, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1