DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEE ANDREW EDDINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-246 WBS |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE |
| LEE ANDREW EDDINS, JAKEYLIA FRESHWATER, | ) | |
| Defendants. | ) | |

This case is currently scheduled for a status hearing on May 7, 2007. The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and investigation of the case. Further time is also needed to possibly resolve the case by disposition. The parties have been negotiating in good faith and are continuing the discussion of a possible resolution of the case. The defendants request that time be excluded from their speedy trial rights so that discovery, investigation and discussions with the government can continue.

The parties, through their respective counsel, hereby stipulate and agree that the currently scheduled status hearing be continued to June 25, 2007, at 8:30 a.m.

The parties stipulate that the time period from the date of the filing of this motion, May 3, 2007, to June 25, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to review discovery and conduct investigation.

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: May 3, 2007

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Carolyn Delaney<br>CAROLYN DELANEY<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Lee Andrew Eddins |

KRISTA HART
Attorney at Law

/s/ Krista Hart
KRISTA HART
Attorney for Jakeylia Freshwater

1

```
 1                      IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE EASTERN DISTRICT OF CALIFORNIA
 3
   UNITED STATES OF AMERICA,        )   CASE NO. CR-S-06-246 WBS
 4                                  )
                  Plaintiff,        )
 5                                  )
        v.                          )   ORDER CONTINUING STATUS HEARING
 6                                  )
                                    )
 7 LEE ANDREW EDDINS,               )
   JAKEYLIA FRESHWATER              )
 8                                  )
                  Defendants.       )
 9 _____
```

For the reasons set forth in the stipulation of the parties, filed on May 3, 2007, IT IS HEREBY ORDERED that the status hearing currently scheduled for May 7, 2007, be continued to June 25, 2007.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 3, 2007 stipulation, the time under the Speedy Trial Act is excluded from May 7, 2007, through June 25, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE