CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 446-9322
FAX: (916) 446-0770

Attorney for JAYKEYLIA FRESHWATER,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR.S-06-246-WBS
)
        Plaintiff, ) **STIPULATION AND ORDER CONTINUING**
) **STATUS CONFERENCE**
   v. )
)
LEE ANDREW EDDINS and )
JAKEYLIA FRESHWATER, )
)
        Defendant. )
)

    The parties in the within matter, by and through their respective counsel, hereby stipulate and agree that the status conference presently set for June 25, 2007, shall be continued for one week to July 2, 2007, at 8:30 a.m.

    The purpose of this continuance is to allow counsel for defendant Freshwater (newly appointed on June 4, 2007) additional time to investigate and to negotiate with the Government.

    Accordingly, the parties further stipulate and agree to exclusion of time from date of the last status conference on May 29, 2009, through July 2, 2007, for adequate preparation of counsel pursuant to 18 U.S.C. §3161(h)(B)(iv) (Local Code T-4).

-1-

| | |
|---|---|
| Dated: June 21, 2007 | /s/ CANDACE A. FRY<br>CANDACE A. FRY, Attorney for<br>JAYKELIA FRESHWATER, Defendant |
| Dated: June 21, 2007 | McGREGOR W. SCOTT<br>United States Attorney<br><br>By /s/ CANDACE A. FRY for<br>CAROLYN K. DELANEY<br>Assistant U.S. Attorney |
| Dated: June 21, 2007 | DANIEL J. BRODERICK<br>Federal Defender<br><br>By /s/ CANDACE A. FRY for<br>LEXI NAGIN<br>Assistant Federal Defender<br>Attorney for LEE A. EDDINS,<br>Defendant |

(Signed for Ms. Delaney and Ms. Negin with their prior authorization)

**O R D E R**

IT IS SO ORDERED.

Dated: June 21, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE