1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for JAYKEYLIA FRESHWATER,
5  Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR.S-06-246-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING <br> ) STATUS CONFERENCE |
| v. | ) |
| LEE ANDREW EDDINS and <br> JAKEYLIA FRESHWATER, | ) |
| Defendant. | ) |

The parties in the within matter, by and through their respective counsel, hereby stipulate and agree that the status conference presently set for July 2, 2007, shall be continued for three weeks to July 23, 2007, at 8:30 a.m.

The purposes of this continuance are:  to allow defendant Freshwater to be transported to family court on July 2 for an appearance in the proceedings for the guardianship of her son; and to allow the parties additional time to negotiate settlement.

Accordingly, the parties further stipulate and agree to exclusion of time from date of the last status conference on May 29, 2009,

through July 23, 2007, for adequate preparation of counsel pursuant to 18 U.S.C. §3161(h)(B)(iv) (Local Code T-4).

Dated: June 25, 2007  /s/ CANDACE A. FRY
CANDACE A. FRY, Attorney for
JAYKELIA FRESHWATER, Defendant

Dated: June 25, 2007  McGREGOR W. SCOTT
United States Attorney

By /s/ CANDACE A. FRY  for
CAROLYN K. DELANEY
Assistant U.S. Attorney

Dated: June 25, 2007  DANIEL J. BRODERICK
Federal Defender

By /s/ CANDACE A. FRY  for
LEXI NAGIN
Assistant Federal Defender
Attorney for LEE A. EDDINS,
Defendant

(Signed for Ms. Delaney and Ms. Negin with their prior authorization)

**O R D E R**

IT IS SO ORDERED.

Dated: June 25, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE