-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
July 30, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
```

UNITED STATES OF AMERICA, )
) Case No. CR.S-06-0246-WBS
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JAKEYLIA FRESHWATER, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JAKEYLIA FRESHWATER, Case No. CR.S-06-0246-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Personal Recognizance

____ Bail Posted in the Sum of $

    ____ Unsecured Appearance Bond

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond

__X__ (Other) Conditions as stated on the record.

____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/30/07 at 3:05 pm

By _____
Edmund F. Brennan
United States Magistrate Judge