CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for JAKEYLIA FRESHWATER,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JAKEYLIA FRESHWATER,<br><br>        Defendant. | No. CR.S-06-246-WBS<br><br>**STIPULATION AND ORDER CONTINUING ADMIT/DENY HEARING RE SUPERVISED RELEASE** |

    It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the Admit/Deny Hearing in this matter presently scheduled November 10, 2008, be continued to Monday, December 8, 2008, at 8:30 p.m.

    This continuance is sought by the parties for the following reasons: the violation of supervised release alleged herein arises from a new law violation now pending in state court; a trial date is set in the state court for November 12, 2008; thereafter, the next date available to both the defendant's supervising U.S. Probation Officer and the defendant's attorney (in light of pre-scheduled Thanksgiving holiday vacations)is December 8, 2008.

-1-

Dated: November 6, 2008                    /s/ Candace A. Fry
                                          CANDACE A. FRY, Attorney for
                                          JAKEYLIA FRESHWATER, Defendant


Dated: November 6, 2008                   McGREGOR W. SCOTT
                                          United States Attorney

                                           /s/ Candace A. Fry for
                                          DANIEL S. McCONKIE, JR.,
                                          Assistant United States
                                          Attorney

                                          (Signed for Mr. McConkie with
                                          his prior authorization)


**O R D E R**

IT IS SO ORDERED.

        Dated:  November 7, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE